NICHOLAUS NALEWAJKO, Respondent, v. TENNESSEE COPPER COMPANY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 25th day of May, 1915, upon the verdict of a jury, and also from an order entered on the 27th day of May, 1915, denying a motion for a new trial.

Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.; Clarke, P. J., dissented.

CLARKE, P. J. (dissenting): I dissent upon the ground that the plaintiff was clearly guilty of contributory negligence, which should preclude recovery.